*John S. Manos*, with him *DePaul & Manos*, for appellant.

*Edward Friedman*, with him *Dechert, Price & Rhoads*, for appellee.

OPINION PER CURIAM, May 4, 1973:
Decree affirmed. Costs on the appellant.

## Commonwealth *v.* Talbert, Appellant.

Submitted January 8, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Marilyn J. Gelb*, for appellant.

*Milton M. Stein*, Assistant District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and

604

*Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, May 4, 1973:
Judgment affirmed.

## Commonwealth *v.* Davis, Appellant.

Argued November 20, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Rudolph S. Pallastrone,* for appellant.

*Linda Conley,* Assistant District Attorney, with her *Milton M. Stein,* Assistant District Attorney, *James D.*